UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ANHALT, PHILIP § Case No. 10-44960 | |
| ANHALT, AMY § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 9 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/20/2012 in Courtroom 201, United States Courthouse,
Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/23/2011          By:  /s/ Michael G. Berland
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ANHALT, PHILIP § | Case No. 10-44960 |
| ANHALT, AMY § | |
| § | |
| Debtor(s) § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,223.39 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 10,148.39 |
| **Balance on hand:** | $ 10,148.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,148.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,772.34 | 0.00 | 1,772.34 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,772.34 |
| Remaining balance: | $ 8,376.05 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 8,376.05 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $     8,376.05

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,100.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,647.28 | 0.00 | 648.61 |
| 2 | American InfoSource LP as agent for Citibank N.A. | 13,306.71 | 0.00 | 2,366.37 |
| 3 | Chase Bank USA, N.A. | 2,214.09 | 0.00 | 393.74 |
| 4 | Chase Bank USA, N.A. | 7,157.18 | 0.00 | 1,272.78 |
| 5 | Chase Bank USA, N.A. | 2,988.88 | 0.00 | 531.52 |
| 6 | Chase Bank USA, N.A. | 200.00 | 0.00 | 35.57 |
| 7 | FIA Card Services, NA/Bank of America | 3,875.11 | 0.00 | 689.12 |
| 8 | FIA Card Services, NA/Bank of America | 13,711.39 | 0.00 | 2,438.34 |

Total to be paid for timely general unsecured claims:   $     8,376.05
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-44960-BWB
Philip Anhalt                                                   Chapter 7
Amy Anhalt
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 2               Date Rcvd: Nov 28, 2011
                               Form ID: pdf006            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2011.
db/jdb       +Philip Anhalt,    Amy Anhalt,    314 White Pines Lane,    Oswego, IL 60543-8149
16245828      AMERICAN EXPRESS,    PO BX 3600002,    FT LAUDERDALE, FL 33336-0002
17542503      American InfoSource LP as agent for Citibank N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16245831     +Bac Home Loans Services,    450 American St,    Simi Valley, CA 93065-6285
16245833     +Bank Of America,    Attn: Bankruptcy NC4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
16245835     +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16736808      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16245836     +Citi,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
16245837     +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16245841     +HSBC,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
16245842     +HSBC,    P.O. Box 5253,    Carol Stream, IL 60197-5253
16245840     +Hewitt Associates,    100 Half Day Road,    Lincolnshire, IL 60069-3242

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16245830      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 29 2011 03:14:17     American Honda Finance,
               2170 Point Blvd., Suite 100,   Elgin, IL 60123
16245829      E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 29 2011 03:14:17     American Honda Finance,
               Attn: Bankruptcy,   3625 West Royal Lane Suite 200,   Irving, TX 75063
16720089      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2011 04:30:52
               American Infosource Lp As Agent for,   Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16245839      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2011 04:33:55
               Discover Financial Services, LLC,   P.O. Box 15316,   Wilmington, DE 19850
16698201      E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2011 04:33:55     Discover Bank,
               Discover Products Inc.,   PO Box 3025,   New Albany, OH  43054-3025
16245838     +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 29 2011 04:33:55     Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
17149163      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2011 04:30:52
               FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16245843     +E-mail/Text: bankrup@nicor.com Nov 29 2011 03:13:18     Nicor Gas,
               Attention:  Bankruptcy Department,   Po Box 190,   Aurora, IL 60507-0190
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16245832    ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16245834    ##+Bank Of America,    P.O. Box 1598,    Norfolk, VA 23501-1598
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**                       **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 2 of 2             Date Rcvd: Nov 28, 2011
                              Form ID: pdf006            Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2011 at the address(es) listed below:
         Michael G Berland    einstein829@earthlink.net, IL33@ecfcbis.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Richard L Hirsh    on behalf of Debtor Philip Anhalt
         bk-lawfirm@sbcglobal.net;rlhpc@sbcglobal.net;rhirshlaptop@sbcglobal.net

                                                                                                                           TOTAL: 3