# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ANHALT, PHILIP | § | Case No. 10-44960 |
| ANHALT, AMY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/MICHAEL G. BERLAND _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMERICAN EXPRESS PO BX 3600002 FT LAUDERDALE, FL 33336-0002 | | | | | |
| | Bank Of America P.O. Box 1598 Norfolk, VA 23501 | | | | | |
| | Citi P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Financial Services, LLC P.O. Box 15316 Wilmington, DE 19850 | | | | | |
| | HSBC Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |
| | HSBC P.O. Box 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 3 | CHASE BANK USA, N.A. | | | | | |
| 4 | CHASE BANK USA, N.A. | | | | | |
| 5 | CHASE BANK USA, N.A. | | | | | |
| 6 | CHASE BANK USA, N.A. | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 7 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 8 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| | |
|---|---|
| Case No: | 10-44960   BL   Judge: Bruce W. Black |
| Case Name: | ANHALT, PHILIP |
| | ANHALT, AMY |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 10/07/10 (f) |
| 341(a) Meeting Date: | 11/08/10 |
| Claims Bar Date: | 04/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Monies owed by NetSource Biling LLC | 11,222.93 | Unknown | | 10,222.93 | Unknown |
| 2. 314 Whirte Pines, Oswego-scheduled | 359,000.00 | 0.00 | DA | 0.00 | FA |
| 3. Chas checking-scheduled | 700.00 | 0.00 | DA | 0.00 | FA |
| 4. 1st Midwest checking-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. Capital One Money Market-scheduled | 159.00 | 0.00 | DA | 0.00 | FA |
| 6. Inng Direct Account-scheduled | 6.99 | 0.00 | DA | 0.00 | FA |
| 7. Household goods-scheduled | 3,260.00 | 0.00 | DA | 0.00 | FA |
| 8. Books etc-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Clothing-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 10. Furs and jewelry-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Wedding bank-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 12. Prudential life insurance-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 13. Thrivent lief insurance-scheduled | 2,700.00 | 0.00 | DA | 0.00 | FA |
| 14. 401k UBS | 183,677.00 | 0.00 | DA | 0.00 | FA |
| 15. 2009 Honda Civic-scheduled | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 16. 2001 Dodge Durango-scheduled | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 17. Suziki motorcycle-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 18. 2 cats-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 19. ING account with shares-scheduled | 1,915.66 | 0.00 | DA | 0.00 | FA |
| 20. Cash-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. Ing account-scheduled | 1,915.66 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.60 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $586,457.24 | $0.00 | | $10,223.53 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-44960   BL   Judge: Bruce W. Black | |

| | |
|---|---|
| Case Name: | ANHALT, PHILIP |
| | ANHALT, AMY |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 10/07/10 (f) |
| 341(a) Meeting Date: | 11/08/10 |
| Claims Bar Date: | 04/19/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

  The Trustee liquidated a business asset. The Trustee has filed his Final Report with the bankruptcy court

Initial Projected Date of Final Report (TFR): 10/31/14        Current Projected Date of Final Report (TFR): 10/31/14

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit 9

| | |
|---|---|
| Case No: | 10-44960 -BL |
| Case Name: | ANHALT, PHILIP |
| | ANHALT, AMY |
| Taxpayer ID No: | *******1852 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******1565  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/16/10 | 1 | Netsource Billing | Payment of monies due from Netsource Biling under contractual agreement with debtor DEPOSIT CHECK #2201450887 | 1129-000 | 1,000.00 | | 1,000.00 |
| 12/13/10 | 1 | Net Source Billing | Payment under buy out agreement DEPOSIT CHECK #2204666680 | 1129-000 | 1,000.00 | | 2,000.00 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,000.01 |
| 01/21/11 | 1 | Amy Anhalt | Payment of moneis from sale of Netsource business DEPOSIT CHECK #4274 | 1129-000 | 1,000.00 | | 3,000.01 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 3,000.02 |
| 02/11/11 | 1 | NetSource Billing | Payment for buyout of interest in Netsource Billing DEPOSIT CHECK #4029 | 1129-000 | 1,000.00 | | 4,000.02 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,000.04 |
| 03/10/11 | 1 | Metavante Coprarion | Payment from debtor's sale io interest in busines DEPOSIT CHECK #2215142085 | 1129-000 | 1,000.00 | | 5,000.04 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.07 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 5,000.10 |
| 05/31/11 | 1 | Netsource Biling | Payment of monies due for buyout of debtor's interest in business DEPOSIT CHECK #4091 | 1129-000 | 2,611.45 | | 7,611.55 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 7,611.58 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,611.63 |
| 07/01/11 | 1 | Netsource Billing | Payment of monies owed for buy out DEPOSIT CHECK #4107 | 1129-000 | 2,611.48 | | 10,223.11 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,223.18 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,223.25 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,198.25 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,198.32 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,173.32 |

Page Subtotals    10,223.32    50.00

FORM 2                                                                                   Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-44960 -BL | |
| Case Name: | ANHALT, PHILIP | |
| | ANHALT, AMY | |
| Taxpayer ID No: | *******1852 | |
| For Period Ending: | 08/21/12 | |

| | | |
|---|---|---|
| Trustee Name: | MICHAEL G. BERLAND | |
| Bank Name: | The Bank of New York Mellon | |
| Account Number / CD #: | *******1565  Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,173.39 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,148.39 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,148.46 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,148.53 |
| 01/12/12 | | To Acct #*******1566 | Transfer for purpose of final distribution | 9999-000 | | 10,148.53 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 10,223.53 | 10,223.53 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 10,148.53 | |
| Subtotal | 10,223.53 | 75.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,223.53 | 75.00 | |

Page Subtotals                 0.21              10,173.53

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-44960  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | ANHALT, PHILIP | | Bank Name: | The Bank of New York Mellon |
| | ANHALT, AMY | | Account Number / CD #: | *******1566  Checking Account |
| Taxpayer ID No: | *******1852 | | | |
| For Period Ending: | 08/21/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/12 | | From Acct #*******1565 | Transfer for purpose of final distribution | 9999-000 | 10,148.53 | | 10,148.53 |
| 01/25/12 | | Transfer to Acct #*******4810 | Bank Funds Transfer | 9999-000 | | 10,148.53 | 0.00 |

|  | | | COLUMN TOTALS | | 10,148.53 | 10,148.53 | 0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less:  Bank Transfers/CD's | | 10,148.53 | 10,148.53 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals          10,148.53          10,148.53

Ver: 16.06d

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-44960  -BL |
| Case Name: | ANHALT, PHILIP |
| | ANHALT, AMY |
| Taxpayer ID No: | *******1852 |
| For Period Ending: | 08/21/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4810  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******1566 | Bank Funds Transfer | 9999-000 | 10,148.53 | | 10,148.53 |
| 01/25/12 | 001001 | MICHAEL G. BERLAND | Trustee Compensation | 2100-000 | | 1,772.34 | 8,376.19 |
| | | 1 NORTH LASALLE STREET | | | | | |
| | | STE 1775 | | | | | |
| | | CHICAGO, IL  60602 | | | | | |
| 01/25/12 | 001002 | Discover Bank | Claim 1, Payment 17.78366% | 7100-000 | | 648.62 | 7,727.57 |
| | | Discover Products Inc. | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH  43054-3025 | | | | | |
| 01/25/12 | 001003 | American InfoSource LP as agent for Citibank N.A. | Claim 2, Payment 17.78358% | 7100-000 | | 2,366.41 | 5,361.16 |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK  73124 | | | | | |
| 01/25/12 | 001004 | Chase Bank USA, N.A. | Claim 3, Payment 17.78338% | 7100-000 | | 393.74 | 4,967.42 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| 01/25/12 | 001005 | Chase Bank USA, N.A. | Claim 4, Payment 17.78354% | 7100-000 | | 1,272.80 | 3,694.62 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| 01/25/12 | 001006 | Chase Bank USA, N.A. | Claim 5, Payment 17.78358% | 7100-000 | | 531.53 | 3,163.09 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| 01/25/12 | 001007 | Chase Bank USA, N.A. | Claim 6, Payment 17.78500% | 7100-000 | | 35.57 | 3,127.52 |
| | | PO Box 15145 | | | | | |
| | | Wilmington, DE  19850-5145 | | | | | |
| 01/25/12 | 001008 | FIA Card Services, NA/Bank of America | Claim 7, Payment 17.78375% | 7100-000 | | 689.14 | 2,438.38 |
| | | by American InfoSource LP as its agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK  73124-8809 | | | | | |
| 01/25/12 | 001009 | FIA Card Services, NA/Bank of America | Claim 8, Payment 17.78361% | 7100-000 | | 2,438.38 | 0.00 |

| | | | Page Subtotals | | 10,148.53 | 10,148.53 | |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 16.06d

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-44960  -BL |
| Case Name: | ANHALT, PHILIP |
| | ANHALT, AMY |
| Taxpayer ID No: | *******1852 |
| For Period Ending: | 08/21/12 |

| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4810  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK  73124-8809 | | | | | |

| | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|
| COLUMN TOTALS | | 10,148.53 | 10,148.53 | 0.00 |
| Less: Bank Transfers/CD's | | 10,148.53 | 0.00 | |
| Subtotal | | 0.00 | 10,148.53 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 10,148.53 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account - ********1565 | 10,223.53 | 75.00 | 0.00 |
| Checking Account - ********1566 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********4810 | 0.00 | 10,148.53 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 10,223.53 | 10,223.53 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 16.06d